State of NORTH CAROLINA; Roy Cooper, Attorney General; Harriet E. Worley, Assistant Attorney General ex rel., Plaintiffs—Appellees,

v.

TIARI EL & ASSOCIATES INDIGENOUS LAW FIRM; Annie Laurence Barber, a/k/a Annie Barber Williams, a/k/a Anewa Shapheem Tiari–El; Rosa L. Barber, a/k/a Rasheeda Shapheem–El; Ralph Hammond, a/k/a Nasir Hassan Bey; Hammonds & Associates, Incorporated, Defendants—Appellants.

No. 07–1877.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 4, 2008.

Decided: Nov. 3, 2008.

Anewa Shapheem Tiari–El, Rosa L. Barber, Ralph Hammond, Hammonds & Associates, Inc., Charlotte, North Carolina, for Appellants. Roy Cooper, Attorney General, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendants appeal the district court's order denying their Fed.R.Civ.P. 60(b) motion to reconsider the order remanding their case to state court due to lack of subject matter jurisdiction. The district court correctly found that it did not have jurisdiction to consider Defendants' Rule 60(b) motion. *See In re Lowe,* 102 F.3d 731, 734–35 (4th Cir.1996). We accordingly dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*